1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11

12  **DANIEL TREVINO,**                 | C 11-5622 CRB (PR)
13                                        |
                           Plaintiff,     | **ORDER GRANTING**
14                                        | **DEFENDANTS' MOTION FOR AN**
        **v.**                            | **EXTENSION OF TIME TO FILE A**
15                                        | **DISPOSITIVE MOTION**
16  **M. MARTEL, Warden , et al.,**       |
17                         Defendants.    |
18
19

20          Defendants Cullen, Foss, Martel, Nollette, Sanders-Johnson, Van Blarcom, and Williams

21  move for a fifty-five-day extension of time, up to and including July 19, 2012, in which to file a

22  dispositive motion.  The Court has read and considered Defendants' motion and the

23  accompanying declaration of counsel and, good cause appearing,

24          IT IS ORDERED that Defendants' requested extension of time is GRANTED.  The time in

25  which Defendants may file a dispositive motion is extended up to and including July 19, 2012.

26  Within thirty days after the dispositive motion is filed, Plaintiff shall file with the Court and serve

27  on Defendants' counsel his opposition to the motion.

28
                                           1

1       Defendants shall file a reply brief to plaintiff's opposition within fifteen days after the

2 opposition is filed.

3       IT IS SO ORDERED.

4

5 Dated: _May 21, 2012

6                     THE HONORABLE CHARLES R. BREYER
                    United States District Judge

7 SF2012203871
  20609882.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2