IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DANIEL TREVINO,**<br><br>Plaintiff,<br><br>v.<br><br>**M. MARTEL, Warden, et al.,**<br><br>Defendants. | C 11-5622 CRB (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

    Defendants Cullen, Foss, Martel, Nollette, Sanders-Johnson, Van Blarcom, and Williams move for a fifty-five-day extension of time, up to and including July 19, 2012, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

    IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including July 19, 2012. Within thirty days after the dispositive motion is filed, Plaintiff shall file with the Court and serve on Defendants' counsel his opposition to the motion.

1

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot. (C 11-5622 CRB (PR))

Defendants shall file a reply brief to plaintiff's opposition within fifteen days after the opposition is filed.

IT IS SO ORDERED.

Dated: _May 21, 2012

_____
Judge Charles R. Breyer
CHARLES R. BREYER
United States District Judge

SF2012203871
20609882.doc

2

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.   (C 11-5622 CRB (PR))