IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL TREVINO, J-93154,

    Plaintiff,

v.

MICHAEL MARTEL, Warden, et al.,

    Defendants.

No. C 11-5622 CRB (PR)

ORDER

    Good cause appearing, plaintiff's request for an extension of time to file an opposition to defendants' motion for dismissal is GRANTED. Plaintiff shall file an opposition by no later than November 9, 2012, and defendants shall file a reply within 15 days thereafter.

    No further extensions of time will be granted.

    The clerk shall terminate the motion in docket number 42.

SO ORDERED.

DATED: Oct. 4, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Trevino, D.11-5622.eot.wpd